**Dennis Dean COLEMAN, Petitioner–Appellant,**

v.

**Dick CLARK, Warden, FCI Terminal Island Respondent–Appellee.**

No. 01–56059.

D.C. No. CV–01–01824–SVW.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM **

Federal prisoner Dennis Dean Coleman appeals pro se the district court's transfer order in his 28 U.S.C. § 2241 petition, challenging his 188–month sentence imposed after a guilty plea conviction for conspiracy to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 846, and for conspiracy to launder drug trafficking proceeds, in violation of 18 U.S.C. § 1956(h). We dismiss for lack of jurisdiction.

This court lacks jurisdiction to review the Central District of California's decision to transfer Coleman's § 2241 petition to the Eastern District of Virginia as a § 2255 petition because Coleman filed an untimely notice of appeal. *See* Fed. R.App. P. 4(a)(1)(B).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Coleman's requests for oral argument and appointed counsel are denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.